# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| v. | : | Mag No. 06-8131 |
| NOAH CUEBAS,<br>a/k/a "Rashon Jones" | : | **CRIMINAL COMPLAINT** |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 8, 2006, in Essex County, in the District of New Jersey and elsewhere, defendant NOAH CUEBAS, a/k/a "Rashon Jones," did:

> did knowingly and wilfully, with the intent to cause serious bodily harm, take a motor vehicle that had been transported, shipped and received in interstate and foreign commerce, namely a 2006 Dodge Magnum, from the person and presence of another by force, violence and intimidation, in violation of Title 18, United States Code, Sections 2119 and 2.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

> SEE ATTACHMENT A

continued on the attached page and made a part hereof.

_____
Gary Beneducci, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

July 24, 2006, at Newark, New Jersey

_____
Signature of Judicial Officer

HONORABLE MADELINE COX ARLEO
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

I, GARY BENEDUCCI, a special agent with the Federal Bureau of Investigation ("FBI"), am fully familiar with the facts set forth herein based on my own investigation and my conversations with other agents and employees of the FBI and local police officers and detectives, and my review of their reports and of items of evidence. Where statements of others are related herein, they are related in substance and part. Since this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On July 8, 2006, two people (the "Male Victim" and the "Female Victim") were parked in a 2006 Dodge Magnum (the "Vehicle"), in East Orange, New Jersey.

2. A man wearing a hooded green army jacket and blue jeans (the "Carjacker") approached the Vehicle, and pointed a handgun at the Male Victim. The Carjacker then pistol-whipped and beat the Male Victim, and ordered the Male Victim to drive the Vehicle to another location in East Orange, New Jersey. The Carjacker then told the Male Victim to get out of the Vehicle, and told the Female Victim to drive the Vehicle.

3. A short time later, the Vehicle and the Female Victim were found in another location in Newark, New Jersey. The Female Victim was found shot in the head. The Female Victim is currently in the hospital and has not regained consciousness.

4. Video from a surveillance camera near the location in Newark, New Jersey, where law enforcement officers discovered the Female Victim and the Vehicle, shows a man wearing a hooded green army jacket and blue jeans getting out of the Vehicle.

5. On or about July 18, 2006, law enforcement officers interviewed defendant NOAH CUEBAS, a/k/a "Rashon Jones," regarding the carjacking that took place on July 8, 2006. After being advised of his rights, and waving same, defendant CUEBAS stated, in substance and in part that: (1) on or about July 8, 2006, he saw a man and a woman parked in a Dodge Magnum, in East Orange, New Jersey; (2) he approached the couple and pointed a .45 caliber handgun at them; (3) he then pistol-whipped and beat the man; (4) he ordered the man to drive the vehicle to another location in East Orange, New Jersey; (5) he then told the man to get out of the vehicle, and told the woman to drive the vehicle to a location in Newark, New Jersey; and (6) he then shot the woman in the head.

6. The Vehicle was manufactured in Canada.