8/8/06
12:10pm

RJG/2006R0917

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 06-613 (JAG) |
| NOAH CUEBAS, a/k/a "Rah Rah" | : | 18 U.S.C. §§ 2119(2), 924(c)(1)(a)(iii) and 2 |
| | : | |

**I N D I C T M E N T**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

**COUNT 1**

On or about July 8, 2006, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**NOAH CUEBAS,
a/k/a "Rah Rah"**

did knowingly and wilfully, with the intent to cause serious bodily harm, take a motor vehicle that had been transported, shipped and received in interstate and foreign commerce, namely a 2006 Dodge Magnum, from the person and presence of another by force, violence and intimidation, and as a result, the victims suffered serious bodily injury.

In violation of Title 18, United States Code, Sections 2119(2) and 2.

## COUNT 2

On or about July 8, 2006, in Essex County, in the District of New Jersey, and elsewhere, the defendant

**NOAH CUEBAS,
a/k/a "Rah Rah"**

during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is the carjacking charged in Count 1 of this Indictment, did knowingly and wilfully use and carry a firearm, and possess a firearm in furtherance of such crime, which firearm was discharged.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

A TRUE BILL

_Christopher J. Christie_
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER:

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

NOAH CUEBAS,
a/k/a "Rah Rah"

INDICTMENT FOR

18 U.S.C. §§ 2119(2), 924(c)(1)(A)(iii) and 2

A True Bill,

_____
Fo:

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

R. JOSEPH GRIBKO
*ASSISTANT U.S. ATTORNEY*
973-645-2765

USA-48AD 8
(Ed. 1/97)