**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, Suite 700                                    (973)645-2700
Newark, NJ 07102


November 13, 2008

**VIA ELECTRONIC COURT FILING**
Honorable Joseph A. Greenaway, Jr.
United States District Judge
United States District Court
   for the District of New Jersey
Federal Square
Newark, New Jersey 07102

          Re:     United States v. Noah Cuebas
                  Crim. No. 06-613 (JAG)

Dear Judge Greenaway:

        With the consent of counsel for the defendant, the government respectfully requests that the Court extend the time for the government to file its response to the defendant's pretrial motions and motions until Monday, December 1, 2008.

                              Respectfully submitted,

                              CHRISTOPHER J. CHRISTIE
                              United States Attorney

                              s/ L. Judson Welle

                              By: L. JUDSON WELLE
                                  Assistant U.S. Attorney


cc:  K. Anthony Thomas, AFPD
     Counsel for defendant Noah Cuebas (via ECF)


SO ORDERED:
JOSEPH A. GREENAWAY, JR.           U.S.D.J.
11-14-08