**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, Suite 700      (973)645-2700
Newark, NJ 07102


November 13, 2008

**VIA ELECTRONIC COURT FILING**
Honorable Joseph A. Greenaway, Jr.
United States District Judge
United States District Court
  for the District of New Jersey
Federal Square
Newark, New Jersey 07102

      Re:    United States v. Noah Cuebas
             Crim. No. 06-613 (JAG)

Dear Judge Greenaway:

      With the consent of counsel for the defendant, the government respectfully requests that the Court extend the time for the government to file its response to the defendant's pretrial motions and motions until Monday, December 1, 2008.

      Respectfully submitted,

      CHRISTOPHER J. CHRISTIE
      United States Attorney

      s/ L. Judson Welle

      By: L. JUDSON WELLE
      Assistant U.S. Attorney

cc:  K. Anthony Thomas, AFPD
      Counsel for defendant Noah Cuebas (via ECF)

SO ORDERED:

_____
JOSEPH A. GREENAWAY, JR.      U.S.D.J.

11-21-08