```
                              UNITED STATES DISTRICT COURT
                                 DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
|  | : |  |
| v. | : | Criminal No. 06-613(JAG) |
|  | : |  |
| NOAH CUEBAS | : | <u>CONTINUANCE ORDER</u> |
|  | : |  |

This matter having come before the Court on the joint application of Ralph J. Marra, Acting United States Attorney for the District of New Jersey (by R. Joseph Gribko and L. Judson Welle, Assistant U.S. Attorneys), and defendant Noah Cuebas (appearing *pro se*), with the advice of standby counsel, K. Anthony Thomas, Esq., for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendant having moved for severance of the counts contained in the Superseding Indictment, and the defendant having consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 9th day of ~~May~~ June, 2009,

IT IS ORDERED that the hearing on defendant's motion shall be held on June 15, 2009, at 2:00, p.m., and the trial is scheduled for September 8, 2009; and

IT IS FURTHER ORDERED that the period from May 19, 2009, through September 8, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge

Form and entry consented to by:

_____      Date: May 26th, 2009
Noah Cuebas, *pro se*

_____      Date: 5/26/2009
K. Anthony Thomas, Esq.
(Standby Counsel)

_____      Date: 5/28/09
R. Joseph Gribko, A.U.S.A.