# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>NOAH CUEBAS,<br><br>    Defendant. | Criminal No. 06-613 (JAG)<br><br>**JURY VERDICT SHEET** |

## COUNT ONE

With respect to Count One, which charges that, on or about July 7, 2006, the defendant, Noah Cuebas, did knowingly with the intent to cause serious bodily harm take a motor vehicle that had been transported, shipped and received in interstate and foreign commerce, namely a 1998 Ford Expedition, from the person and presence of another by force, violence and intimidation, we, the jury unanimously find Noah Cuebas:

1. ____X____ NOT GUILTY

2. _____ NOT GUILTY ONLY BY REASON OF INSANITY

3. _____ GUILTY

## COUNT TWO

With respect to Count Two, which charges that, on or about July 7, 2006, the defendant, Noah Cuebas, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the carjacking in Count One, did knowingly use and carry a firearm and possess a firearm in furtherance of such crime, we, the jury unanimously find Noah Cuebas:

1. ____X____ NOT GUILTY

2. _____ NOT GUILTY ONLY BY REASON OF INSANITY

3. _____ GUILTY

If you unanimously find the defendant Guilty of Count Two, you are to determine also whether the defendant, Noah Cuebas, brandished the firearm during and in relation to the carjacking in Count One. If you unanimously find beyond a reasonable doubt that the defendant, Noah Cuebas, brandished the firearm, please mark "Yes" below, otherwise please mark "No."

4. _____ NO

5. _____ YES

## COUNT THREE

With respect to Count Three. which charges that, on or about July 8, 2006, the defendant, Noah Cuebas, did knowingly with the intent to cause serious bodily harm take a motor vehicle that had been transported, shipped and received in interstate and foreign commerce, namely a 2006 Dodge Magnum, from the person and presence of another by force violence and intimidation, and as a result, a person suffered serious bodily injury, we, the jury unanimously find Noah Cuebas:

1. _____ NOT GUILTY

2. _____ NOT GUILTY ONLY BY REASON OF INSANITY

3. \_\_\_\_X\_\_\_\_ GUILTY

## COUNT FOUR

With respect to Count Four, which charges that, on or about July 8, 2006, the defendant, Noah Cuebas, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the carjacking in Count Three, did knowingly use and carry a firearm and possess a firearm in furtherance of such crime, we, the jury unanimously find Noah Cuebas:

1. _____ NOT GUILTY

2. _____ NOT GUILTY ONLY BY REASON OF INSANITY

3. \_\_\_\_X\_\_\_\_ GUILTY

If you unanimously find the defendant Guilty of Count Four, you are to determine also whether the defendant, Noah Cuebas, fired the firearm during and in relation to the carjacking in Count Three. If you unanimously find beyond a reasonable doubt that the defendant, Noah Cuebas, fired the firearm, please mark "Yes" below, otherwise please mark "No."

4. _____ NO

5. \_\_\_\_X\_\_\_\_ YES

DATE: 10/23/09