# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

NOAH CUEBAS

Defendant.

Case Number  2:06cr613-01

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, NOAH CUEBAS, was represented by K. Anthony Thomas & John Yauch.

The defendant has been found not guilty on count(s) 1 & 2 of the SUPERSEDING INDICTMENT AND is discharged as to such count(s).

The defendant was found guilty on count(s) 3 & 4 of the SUPERSEDING INDICTMENT by a jury verdict on 10/23/09 after a plea of not guilty. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
| --- | --- | --- | --- |
| 18:2119(2) | Armed car jacking | 7/8/06 | 3 |
| 18:924(c)(1)(A)(ii) | Discharge of a firearm during the commission of a crime of violence | 7/8/06 | 4 |

As pronounced on 1/22/10, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $200.00, for count(s) 3 & 4, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 2nd day of February, 2010.

JOSEPH A. GREENAWAY, JR.
United States District Judge

07102

Judgment – Page 2 of 3

Defendant: NOAH CUEBAS
Case Number: 2:06cr613-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for the remainder of his natural life.

Imprisonment for a term of 300 months on count 3 and a term of life imprisonment on count 4, all such terms to run consecutively.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Judgment – Page 3 of 3

Defendant:      NOAH CUEBAS
Case Number:    2:06cr613-01

## RESTITUTION AND FORFEITURE

### RESTITUTION

The defendant shall make restitution in the total amount of $10,455,000.00. The Court will waive the interest requirement in this case. Payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for proportionate distribution to the following victim in the following amounts: It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program. If the defendant participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $25.00 every 3 months.

| **Name of Payee (Victim)** | **Amount of Restitution** |
|---|---|
| YS | $10,455,000.00 |
| (See Attachment A) | |

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.